## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION


**BYRON STEVEN WILLIS,**

     **Plaintiff,**

**v.**                                                     **Case No.  8:13-cv-3110-T-30TGW**

**PUBLIX SUPER MARKETS, INC.,**

     **Defendant.**

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court upon Defendant's Verified Motion for Taxation of Costs (Dkt. 30) and Proposed Bill of Costs (Dkt. 31).  Plaintiff did not file any opposition to Defendant's Proposed Bill of Costs during the applicable deadline.  The Court, having reviewed the filings and being otherwise advised in the premises, concludes that Defendant's motion should be granted.  Specifically, Defendant seeks costs in the amount of $1,902.85. All of the costs are recoverable under 28 U.S.C. § 1920.

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant's Verified Motion for Taxation of Costs (Dkt. 30) is granted.

2.    The Clerk of Court is directed to enter a **Bill of Costs** in the amount of **$1,902.85** in Defendant's favor and against Plaintiff for taxable costs.

3.    This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on February 23, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-3110.billofcosts-30.wpd